# SUPREME COURT OF THE STATE OF NEW YORK
## *Appellate Division, Fourth Judicial Department*

**1532**
**CA 09-00631**
PRESENT: SMITH, J.P., PERADOTTO, CARNI, LINDLEY, AND SCONIERS, JJ.

---

IN THE MATTER OF THE APPLICATION OF DONALD L.L.,
PETITIONER-APPELLANT, FOR THE APPOINTMENT OF A
GUARDIAN OF THE PERSON AND PROPERTY OF JESSIE
D.L., AN ALLEGED INCAPACITATED PERSON.
------------------------------------------------------
ROBERT J. MICELI, RESPONDENT.                                      ORDER
(APPEAL NO. 1.)
------------------------------------------------------
IN THE MATTER OF THE APPLICATION OF DONALD L.L.,
PETITIONER-APPELLANT, FOR THE APPOINTMENT OF A
GUARDIAN OF THE PERSON AND PROPERTY OF JESSIE
D.L., AN ALLEGED INCAPACITATED PERSON.
------------------------------------------------------
ROBERT J. MICELI, RESPONDENT.
(APPEAL NO. 2.)
------------------------------------------------------
ROBERT J. MICELI, AS GUARDIAN OF THE PERSON AND
PROPERTY OF JESSIE D.L., PLAINTIFF-RESPONDENT,

                              V

DONALD L.L. AND PATRICIA FITZGERALD,
DEFENDANTS-APPELLANTS.
(APPEAL NO. 3.)

---

FRANK A. ALOI, ROCHESTER, FOR PETITIONER-APPELLANT AND DEFENDANTS-
APPELLANTS.

LAW OFFICES OF RICHARD A. KROLL, ROCHESTER (RICHARD A. KROLL OF
COUNSEL), PARKER LAW OFFICE, PLLC, FOR RESPONDENT AND PLAINTIFF-
RESPONDENT.

---

Appeal from an order and judgment (one paper) of the Supreme
Court, Monroe County (David Michael Barry, J.), entered April 21,
2008. The order and judgment, inter alia, appointed a guardian for
the person and property of the incapacitated person.

It is hereby ORDERED that said appeal is unanimously dismissed
with costs (*see Matter of Cherilyn P.*, 192 AD2d 1084, *lv denied* 82
NY2d 652; *see also* CPLR 5511).

Entered: February 10, 2011                          Patricia L. Morgan
                                                    Clerk of the Court